JOSHUA S. GOODMAN, ESQ. – State Bar #116576
ZACHARY S. TOLSON, ESQ. – State Bar #242824
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN HWE, | Case No. 2:18-cv-05253-PLA |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| HOME DEPOT U.S.A., INC., A DELAWARE CORPORATION AND DOES 1 TO 100, | |
| Defendants. | |

IT IS SO ORDERED.

Pursuant to the parties' Stipulation for Dismissal, Plaintiff's lawsuit is hereby dismissed with prejudice. All future dates and deadlines are VACATED.

DATED: May 31, 2019

By: _____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE